Lafayette Parish
Filed Oct 10, 2024
Kireston Batiste
Deputy Clerk of Court
E-File Received Oct 10, 2024 4:26 PM

C-20246368 B

| | | |
|---|---|---|
| TRAVIS LEJEUNE and | * | DOCKET NO.: **C-20246368** |
| CAITLYN LEJEUNE, *individually and on behalf of their minor children,* | | |
| PJL, LJL, and HAL | * | 15TH JUDICIAL DISTRICT COURT |
| | | |
| VERSUS | | |
| | * | PARISH OF LAFAYETTE |
| NABORS DRILLING TECHNOLOGIES USA, INC., NABORS OFFSHORE CORPORATION, TALOS ENERGY, LLC, and TALOS OIL & GAS, LLC | * | STATE OF LOUISIANA |

---

## PETITION FOR DAMAGES

---

NOW INTO COURT, through undersigned counsel, come TRAVIS LEJEUNE, CAITLYN LEJEUNE, both persons of the full age of majority, domiciled in the Parish of Lafayette, State of Louisiana, who appear both *individually and on behalf of their three minor children*, whose are described herein as, PJL, LJL, and HAL, and respectfully represent:

1.

Made defendants herein are:

A. NABORS DRILLING TECHNOLOGIES USA, INC., a foreign corporation licensed to do and doing business in the State of Louisiana, with its principal place of business in Houston, Texas;

B. NABORS OFFSHORE CORPORATION, a foreign corporation licensed to do and doing business in the State of Louisiana, with its principal place of business in Houston, Texas;

C. TALOS ENERGY, LLC, a foreign corporation licensed to do and doing business in the State of Louisiana, with its principal place of business in Houston, Texas; and

D. TALOS OIL & GAS, LLC, a foreign corporation licensed to do and doing business in the State of Louisiana, with its principal place of business in Houston, Texas.

2.

Upon information and belief, it is alleged that Defendant(s) TALOS ENERGY, LLC and/or TALOS OIL & GAS, LLC (hereinafter collectively known as "TALOS") was at all times material hereto the owner, owner *pro hac vice* and/or manager of the Ewings Bank block 873 (EW873) Platform A (named "Lobster") – the site of this incident.



Certified True and Correct Copy
CertID: 2024101100193

Lafayette Parish
Deputy Clerk Of Court

Generated Date:
10/11/2024 11:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



**EXHIBIT 1**

3.

Upon information and belief, it is further alleged that that Defendant(s) NABORS DRILLING TECHNOLOGIES USA, INC. and/or NABORS OFFSHORE CORPORATION (hereinafter collectively known as "NABORS") was at all times material hereto the owner, owner *pro hac vice* and/or manager of the *MOD 200* drilling rig located and operating on and/or adjacent to the TALOS "Lobster" platform at issue in this matter.

4.

Petitioners have a right to pursue all of their claims in state court pursuant to the Savings to Suitors Clause, 28 U.S.C. § 1333. Further, Petitioners bring this claim pursuant to the general maritime laws, laws of admiralty, and exercise any and all rights available to Petitioners under Louisiana state law (and/or other available state law).

5.

On or about October 20, 2023, TRAVIS LEJEUNE, was working in the course and scope of his employment as a floor hand with Offshore Energy Services, LLC., on a platform owned by Defendant, TALOS.

6.

Upon information and belief, at all times material hereto, the subject platform was located in the Gulf of Mexico off the coast of the State of Louisiana.

7.

Upon completion of his duties on October 20, 2023, TRAVIS LEJEUNE, gathered his tools and placed them in his tool bag in order to go down to the main deck of the platform.

8.

Upon information and belief, an employee of Defendant(s), NABORS, was instructed, and had recently been in the process of washing "mud" off of the staircase with materials that would make the staircase unreasonably dangerous.

9.

TRAVIS LEJEUNE was not warned of this dangerous condition that caused him to fall, land forcefully on his buttocks and slide down the steps, resulting in serious and debilitating injuries.




**Certified True and Correct Copy**
CertID: 2024101100193

Lafayette Parish
Deputy Clerk Of Court

Generated Date:
10/11/2024 11:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**EXHIBIT 1**

10.

The above-described incident resulted from the fault and/or negligence of Defendant(s), NABORS, and its employees, in the following non-exclusive particulars:

A. In creating and/or allowing unsafe conditions;

B. In otherwise failing to repair said unreasonably dangerous conditions;

C. In failing to mark and/or warn Petitioner of the unreasonably dangerous condition (including but not limited to the wet and slippery staircase in question);

D. In disregarding rules and regulations created for the safety of employees and/or contractors working aboard the subject platform;

E. In ordering and directing work to be performed in unsafe and/or hazardous work conditions;

F. In otherwise using and/or allowing employees to use unsafe and hazardous equipment;

G. In failing to maintain a safe workplace, including but not limited to utilizing anti-slip staircase;

H. In otherwise failing to supervise, inspect, monitor, supervise its employees and its procedures;

I. In disregarding rules and regulations created for the safety of employees working on the subject platform;

J. In failing to properly train its supervisors; and

K. Other acts of negligence which will be shown through discovery and at the trial of this matter.

11.

The above-described incident resulted from the fault and/or negligence of Defendant(s), TALOS, and its employees, in the following non-exclusive particulars:

A. In creating and/or allowing unsafe conditions;

B. In otherwise failing to repair said unreasonably dangerous conditions;

C. In failing to mark and/or warn Petitioner of the unreasonably dangerous condition (including but not limited to the wet and slippery staircase in question);

D. In disregarding rules and regulations created for the safety of employees and/or contractors working aboard the subject platform;

E. In ordering and directing work to be performed in unsafe and/or hazardous work conditions;

F. In otherwise using and/or allowing employees to use unsafe and hazardous equipment;

G. In failing to maintain a safe workplace, including but not limited to utilizing anti-slip staircase;

Certified True and Correct Copy
CertID: 2024101100193

Lafayette Parish
Deputy Clerk Of Court

Generated Date:
10/11/2024 11:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**EXHIBIT 1**

H. In otherwise failing to supervise, inspect, monitor, supervise its employees and its procedures;

I. In disregarding rules and regulations created for the safety of employees working on the subject platform;

J. In failing to properly train its supervisors; and

K. Other acts of negligence which will be shown through discovery and at the trial of this matter.

12.

As a result of the above, TRAVIS LEJEUNE, sustained serious personal injuries that resulted in past and future physical and mental pain and suffering, past and future loss of enjoyment of life, past and future disability, past and future loss of earnings and loss of earning capacity and benefits, permanent disfigurement, permanent disability, and scarring, which have necessitated that he incur medical expenses both past and future, all of which entitles him to recover a sum reasonable in the premises.

13.

As a result of the above-described injuries to her husband, CAITLYN LEJEUNE sustained loss of consortium; loss of companionship; loss of affection; loss of society; and loss of support, all of which entitles her to recover a sum reasonable in the premises.

14.

As a result of the above-described injuries to their father, TRAVIS LEJEUNE's three minor children, PJL, LJL, and HAL sustained loss of consortium; loss of companionship; loss of affection; loss of society; and loss of support, all of which entitles them to recover a sum reasonable in the premises.

15.

Alternatively, Petitioners assert all claims for damages and allegations of negligence listed above under Louisiana state law and any other applicable state or federal law, including general maritime law.

WHEREFORE, Petitioners, TRAVIS LEJEUNE and CAITLYN LEJEUNE, *individually and on behalf of their three minor children*, PJL, LJL, and HAL, pray that a certified copy of this Petition be served upon Defendants, NABORS DRILLING TECHNOLOGIES USA, INC., NABORS OFFSHORE CORPORATION, TALOS ENERGY, LLC, and TALOS OIL & GAS,

Page 4 of 5




Certified True and
Correct Copy
CertID: 2024101100193

Lafayette Parish
Deputy Clerk Of Court

Generated Date:
10/11/2024 11:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**EXHIBIT 1**

LLC, and that after due proceedings are had there be judgment herein in favor of Petitioners, TRAVIS LEJEUNE and CAITLYN LEJEUNE, *individually and on behalf of their three minor children*, PJL, LJL, and HAL, and against Defendants, NABORS DRILLING TECHNOLOGIES USA, INC., NABORS OFFSHORE CORPORATION, TALOS ENERGY, LLC, and TALOS OIL & GAS, LLC, jointly, severally and *in solido* in a sum reasonable in the premises together with legal interest from the date of judicial demand until paid and for all costs of these proceedings.

Respectfully submitted,

BROUSSARD, DAVID & MOROUX

_____

BLAKE R. DAVID (#27427)
REED K. ELLIS (#39239)
CHRISTOPHER J. PURSER (#40490)
557 Jefferson Street
P.O. Box 3524
Lafayette, Louisiana 70502-3524
(337) 233-2323 - Telephone
(337) 233-2353 – Facsimile
blake@bdm.law
reed@bdm.law
chris@bdm.law
ATTORNEY FOR PETITIONERS,
TRAVIS LEJEUNE and CAITLYN LEJEUNE

PLEASE SERVE:

NABORS DRILLING TECHNOLOGIES USA, INC.
*Through its registered agent:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

NABORS OFFSHORE CORPORATION
*Through its registered agent:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

TALOS ENERGY, LLC
*Through its registered agent:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

TALOS OIL & GAS, LLC
*Through its registered agent:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Certified True and Correct Copy
CertID: 2024101100193

Lafayette Parish
Deputy Clerk Of Court

Generated Date:
10/11/2024 11:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**EXHIBIT 1**