**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| Travis LeJeune, *et al.* | Civil Action No. 6:24-cv-01586 |
| Versus | Judge David C. Joseph |
| Nabors Drilling Technologies USA, *et al.* | Magistrate Judge David J. Ayo |

## CORPORATE DISCLOSURE STATEMENT

Defendants, Talos Energy LLC and Talos Oil & Gas LLC (the "Talos Defendants"), in accordance with Rule 7.1 of the Federal Rules of Civil and in response to the Notice issued by the Clerk of Court [Rec. Doc. 2], submits the following corporate disclosure statement:

The ultimate parent company of the Talos Defendants is Talos Energy Inc., which is publicly-traded on the NYSE under the symbol "TALO." BlackRock, Inc. is a publicly-traded entity that owns more than 10% of Talos Energy Inc.

Respectfully submitted,

**NEUNERPATE**

By:  */s/ Phillip M. Smith*
Kevin P. Merchant – La. Bar No. 24559
(kmerchant@neunerpate.com)
Phillip M. Smith – La. Bar No. 37314
(psmith@neunerpate.com)
Robert D. Guidry – La. Bar No. 40386
(rguidry@neunerpate.com)
1001 West Pinhook Road, Suite 200
Lafayette, Louisiana 70503
Telephone:    337-237-7000
Fax:             337-233-9450

*Attorneys for Talos Defendants*