**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

TRAVIS LEJEUNE ET AL                 CASE NO.  6:24-CV-01586

VERSUS                                             JUDGE DAVID C. JOSEPH

TALOS ENERGY L L C ET AL         MAGISTRATE JUDGE DAVID J. AYO

## MINUTES

A telephone status conference was held on Monday, May 12, 2025 starting at 2:00 p.m. and ending at 2:03 p.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Reed Ellis on behalf of Plaintiffs, Phillip Smith on behalf of defendant Talos Energy, LLC, and Melanie Donahue on behalf of defendant Nabors Drilling Technologies USA, Inc.

After discussion, pretrial conference and trial dates were selected.  A separate order will issue setting these dates in the record of the case.

Signed at Lafayette, Louisiana, this 12th day of May, 2025.

_____

**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**

---

[1]      Statistical time:  3 minutes.